NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE GARY D. COCHRAN,
RUDOLPH BERGSMA and ROSEMARY BERGSMA**.

---

2011-1225
(Serial No. 11/052, 155)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**JUDGMENT**

---

GEORGE L. BOLLER, of Livonia, Michigan, argued for appellants.

FARHEENA Y. RASHEED, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia argued for appellee. With her on the brief were RAYMOND T. CHEN, Solicitor and SCOTT C. WEIDENFELLER, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, BRYSON, and REYNA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| December 13, 2011 | /s/ Jan Horbaly |
|---|---|
| Date | Jan Horbaly |
| | Clerk |